IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04-cv-00453-W

| | | |
|---|---|---|
| JAMES MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| W. FRANK PORTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within twenty (20) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before October 31, 2006. The Clerk is directed to send copies of this Order to counsel for Defendant; and to the pro se Plaintiff, James Morrison 6420-A1 Rea Road, #214, Charlotte, North Carolina 28277.

IT IS SO ORDERED.

Signed: October 11, 2006

Frank D. Whitney
United States District Judge